Argued February 21, affirmed March 1, reconsideration denied April 12, petition for review denied June 20, 1978, 282 Or 537

STATE OF OREGON, *Appellant,*
*v.*
PAUL THOMAS UNGER et al, *Respondents.*
(No. CC 76-540, and CC 76-541, CA 8331)
575 P2d 177

John W. Burgess, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

R. Ryan Lawrence, Portland, argued the cause for respondents. With him on the brief was Frank J. Susak, Portland.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Ball v. Gladden,* 250 Or 485, 443 P2d 621 (1968); *see also State v. Swain/Goldsmith,* 267 Or 527, 517 P2d 684 (1974).